lic Defender, for appellant; *James A. Wimmer,* Assistant District Attorney, and *John Deutsch,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

## Commonwealth *v.* Payne, Appellant.

Argued June 16, 1971.

*David Rudovsky,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Peter Greenberg,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.,
SPAULDING, J., absent.

## Commonwealth *v.* Perry, Appellant.

Submitted June 14, 1971. *Anne T. Welsh* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Deborah E. Glass* and *Milton M. Stein,* As-

sistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Perry, Appellant.

Submitted June 22, 1971.

*Michael F. Walsh,* and *O'Halloran, Stack & Smith,* for appellant; *Mark Sendrow* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Rakshys, Appellant.

Submitted June 14, 1971. *Bruce S. Miller,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for appellant; *Jerry B. Chariton,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Rambeau, Appellant.